UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANYSIA V. TIN,<br><br>   Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC<br>and<br>MEDICREDIT, INC.,<br><br>   Defendants. | Civil Action No. TDC-16-3737 |

SETTLEMENT ORDER
(LOCAL RULE 111)

This Court has been advised by Anysia V. Tin and Equifax Information Services LLC that action between them has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed as to Equifax Information Services LLC only and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal as to Equifax Information Services LLC shall be with prejudice.

The claims against Medicredit, Inc. remain pending.

Date: May 15, 2017

THEODORE D. CHUANG
United States District Judge