IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANYSIA V. TIN** | * | |
| **Plaintiff** | * | |
| v. | * | **Civil Action No.: 8:16-cv-3737-TDC** |
| **EQUIFAX INFORMATION SERVICES LLC,** | * | |
| | * | |
| **Defendant.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REQUESTING LOCAL RULE 111 ORDER

Plaintiff Anysia V. Tin and Defendant Medicredit, Inc. jointly notify the Court that this matter has been settled and respectfully request that the Court issue a **30** day Local Rule 111 settlement order under the first and second sentences of Local Rule 111.

Dated: April 2, 2018

Respectfully Submitted,

| | |
|---|---|
| /s/ *Steven B. Isbister* | /s/ *John D. Ryan (w/permission)* |
| Steven B. Isbister, Esq., #14123MD | John D. Ryan, Esq., #51944MO |
| THE LAW OFFICES OF E. DAVID HOSKINS, LLC | SPENCERFANE |
| 16 E. Lombard Street, Ste. 400 | 1 N. Brentwood Blvd., Suite 1000 |
| Baltimore, Maryland 21202 | St. Louis, MO 63105 |
| (410) 662-6500 (Tel.) | (314) 863-7733 (Tel.) |
| stevenisbister@hoskinslaw.com | jryan@spencerfane.com |
| *Counsel for Anysia V. Tin* | *Counsel for Medicredit, Inc.* |