# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ANYSIA V. TIN** | * |
|     **Plaintiff** | * |
|     v. | * Civil Action No.: 8:16-cv-3737-TDC |
| **EQUIFAX INFORMATION SERVICES LLC,** | * |
| | * |
|     **Defendant.** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Anysia V. Tin and Defendant Medicredit, Inc., through their respective counsel, stipulate to the dismissal of this action with Prejudice against the remaining Defendant, Medicredit, Inc., with the parties being responsible for their own costs.

Dated: May 3, 2018                                        Respectfully Submitted,

| | |
|---|---|
| */s/ Steven B. Isbister* <br> Steven B. Isbister, Esq., #14123MD <br> THE LAW OFFICES OF E. DAVID HOSKINS, LLC <br> 16 E. Lombard Street, Ste. 400 <br> Baltimore, Maryland 21202 <br> (410) 662-6500 (Tel.) <br> stevenisbister@hoskinslaw.com <br> *Counsel for Plaintiff Anysia V. Tin* | */s/ John D. Ryan (w/permission)* <br> John D. Ryan, Esq., #51944MO <br> SPENCERFANE <br> 1 N. Brentwood Blvd., Suite 1000 <br> St. Louis, MO 63105 <br> (314) 863-7733 (Tel.) <br> jryan@spencerfane.com <br> *Counsel for Defendant Medicredit, Inc.* |